IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00804-BNB

CALVIN CALLOWAY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Calvin Calloway, is a prisoner in the custody of the Denver Sheriff's Department and is currently incarcerated at the Denver County Jail. He initiated this action by submitting a letter to the Court on April 2, 2010.

In an order filed on April 8, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Calloway to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Calloway to file a complaint on the court-approved form and to either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Calloway was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 16, 2010, Mr. Calloway submitted a letter to the Court in which he requested additional time to cure the noted deficiencies. Magistrate Judge Boland granted the request for an extension of time by Minute Order dated April 19, 2010, and

ordered Mr. Calloway to cure the deficiencies in his action on or before May 21, 2010. Mr. Calloway was again warned that his failure to comply would result in the dismissal of his action without further notice.

Mr. Calloway has not communicated with the Court since April 16, 2010. Further, no mail has been returned to the Court as undeliverable. Therefore, Mr. Calloway has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this __8th__ day of __June__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00804-BNB

Calvin Calloway
Prisoner No. 0000319422
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/8/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk